

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01031-CV

**IN THE INTEREST OF S.C.A., K.N.G.B., CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00890
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellant Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED May 15, 2024.

_____
Lori I. Valenzuela, Justice